Philip L. Hirschhorn
BUCHANAN INGERSOLL &
ROONEY PC
1290 Avenue of the Americas, 30th Floor
New York, NY 10104
Tel.: (212) 440-4400
Fax: (212) 440-4401
philip.hirschhorn@bipc.com

*Attorneys for Defendant Patent Owner Recordati Ireland Limited*

Of Counsel
Adda C. Gogoris
MERCHANT & GOULD PC
767 Third Avenue, Suite 23C
New York, NY 10017
Tel.: 212-223-6520
Fax: 212-223-6521
Email: agogoris@merchantgould.com

Edward J. Pardon
MERCHANT & GOULD PC
10 East Doty Street, Suite 600
Madison, WI 53703
Tel.: 608-280-6750
Fax: 612-332-9081
Email: epardon@merchantgould.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LUITPOLD PHARMACEUTICALS, INC., <br><br> Plaintiff, <br> v. <br><br> AMNEAL PHARMACEUTICALS, LLC, AMNEAL HOLDINGS, LLC, AMNEAL PHARMACEUTICALS HOLDING COMPANY, LLC, AMNEAL PHARMACEUTICALS OF NEW YORK, LLC, and AMNEAL PHARMACEUTICALS CO. INDIA PRIVATE LIMITED, <br><br> Defendants. <br><br> RECORDATI IRELAND LIMITED, an Irish company, <br><br> Defendant Patent Owner. | Case No. 3:12-cv-05064-JAP-DEA <br><br> **RETURN DATE:** April 15, 2013 |

## DEFENDANT RECORDATI IRELAND'S NOTICE OF MOTION TO DISMISS RECORDATI IRELAND AS A PARTY DUE TO LACK OF PERSONAL JURISDICTION AND TO NAME IT AS AN INVOLUNTARY PLAINTIFF

PLEASE TAKE NOTICE that on April 15, 2013, or as soon as the Court deems appropriate, counsel for Defendant Patent Owner Recordati Ireland Limited ("Recordati Ireland"), shall move the Honorable Joel A. Pisano for an Order dismissing this action as against Recordati Ireland pursuant to Fed. R. Civ. P. 12(b)(2) and N.J. Ct. R. 4:4-4, because Plaintiff does not have personal jurisdiction over Recordati Ireland and naming Recordati Ireland as an involuntary plaintiff.

Dated: March 13, 2013

/s/ Philip L. Hirschhorn
Philip L. Hirschhorn
BUCHANAN INGERSOLL & ROONEY PC
1290 Avenue of the Americas, 30th Floor
New York, NY 10104
Tel.: (212) 440-4400
Fax: (212) 440-4401
Email: philip.hirschhorn@bipc.com

Of Counsel
Adda C. Gogoris
MERCHANT & GOULD PC
767 Third Avenue, Suite 23C
New York, NY 10017
Tel.: 212-223-6520
Fax: 212-223-6521
Email: agogoris@merchantgould.com

Edward J. Pardon
MERCHANT & GOULD PC
10 East Doty Street, Suite 600
Madison, WI 53703
Tel.: 608-280-6750
Fax: 612-332-9081
Email: epardon@merchantgould.com

*Attorneys for Defendant Patent Owner Recordati Ireland Limited*